IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVERSIFIED REALTY SERVICES, INC., <br><br> Appellant, <br><br> v. <br><br> MEYERS LAW GROUP, P.C., <br><br> Appellee. <br> ———————————————————/ <br> MEYERS LAW GROUP, P.C., <br><br> Cross-Appellant, <br><br> v. <br><br> DIVERSIFIED REALTY SERVICES, INC., <br><br> Cross-Appellee. <br> ———————————————————/ | Nos. C 13-03965 WHA; <br>      C 13-03966 WHA <br><br><br> **CONSOLIDATION ORDER** |

     Diversified Realty Services, Inc. appeals a memorandum decision and amended judgment entered by the bankruptcy court. *Diversified Realty Services, Inc. v. Meyers Law Group, P.C.*, No. 3:13-cv-03965-WHA (N.D. Cal. Aug. 26, 2013). Meyers Law Group, P.C. cross-appeals the same decision and judgment. *Meyers Law Group, P.C. v. Diversified Realty Services, Inc.*, No. 3:13-cv-03966-WHA (N.D. Cal. Aug. 26, 2013). The two actions are hereby **CONSOLIDATED**. Case number 3:13-cv-03965-WHA shall be the **LEAD CASE**.

     **IT IS SO ORDERED.**

Dated: February 3, 2014.

                                                  WILLIAM ALSUP <br>
                                                  UNITED STATES DISTRICT JUDGE