IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIVERSIFIED REALTY SERVICES, INC.,

    Appellant,

v.

MEYERS LAW GROUP, P.C.,

    Appellee.
    /

MEYERS LAW GROUP, P.C.,

    Cross-Appellant,

v.

DIVERSIFIED REALTY SERVICES, INC.,

    Cross-Appellee.
    /

Nos. C 13-03965 WHA;
C 13-03966 WHA

**JUDGMENT**

For the reasons stated in the accompanying order **AFFIRMING IN PART, REVERSING IN PART, AND REMANDING** rulings of bankruptcy court, **JUDGMENT IS HEREBY ENTERED** in favor of Appellee Meyers Law Group, P.C. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 7, 2014.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE