MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ. CA Bar #66849
KATHY QUON BRYANT, ESQ., CA Bar #213156
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email: mmeyers@meyerslawgroup.com
   kquonbryant@meyerslawgroup.com

Attorneys for Meyers Law Group, P.C.
Appellee/Cross-Appellant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>GREG JAMES VENTURES LLC, d/b/a SAN RAFAEL CADILLAC, SAN RAFAEL CHEVROLET, SAN RAFAEL HYUNDAI, SAN RAFAEL HUMMER, and SAN RAFAEL SAAB,<br>                    Debtor.<br><br>DIVERSIFIED REALTY SERVICES, INC., a California Corporation,<br>          Appellant/Cross-Appellee,<br>vs.<br>MEYERS LAW GROUP, P.C.,<br>          Appellee/Cross-Appellant. | Case Nos. C 13-03965 WHA;<br>C 13-03966 WHA |

## ORDER REMANDING TO BANKRUPTCY COURT

Based upon the Court's review and consideration of the *Stipulation To Remand To Bankruptcy Court* entered into by and between MEYERS LAW GROUP, P.C. ("MLG"), appellee and cross-appellant, and DIVERSIFIED REALTY SERVICES, INC. ("DRS"), appellant and cross-appellee, and for good cause shown therefor, it is hereby ORDERED, ADJUDGED, AND DECREED

that:

The above-captioned consolidated appeal is hereby remanded to the Bankruptcy Court in accordance with the Court's February 7, 2014 *Order Affirming In Part, Reversing In Part, And Remanding Rulings Of Bankruptcy Court* (docket no. 16) and *Judgment* ("Judgment") (docket no. 17), as subsequently affirmed by the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: July 12, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

ORDER REMANDING TO BANKRUPTCY COURT
30600.DOC